# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

  V.

Luis Fernando Gonzales

CASE NUMBER: 3:11CR288

THIS MATTER is before the Court on an Order of limited Remand, filed 3/14/2013, from the Fourth Circuit Court of Appeals for ruling on the defendant's motion to reconsider.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport & produce the body of Defendant, Luis Fernando Gonzales (USM# 26645-058), for motion hearing before the honorable Max O. Cogburn, Jr., in the Western District of North Carolina, Charlotte not later than March 28, 2013, and upon completion of the hearing on Motion for Indicative Ruling, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: March 19, 2013

*(signature)*

Max O. Cogburn Jr.
United States District Judge